# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 09-CR-30057-WDS |
| DEMARCUS A. SPATES, | ) | |
| Defendant. | ) | |

## ORDER

**STIEHL, District Judge:**

Before the Court is the government's motion for revocation of supervised release (Doc. 45). The matter was set for hearing this day, but the parties have resolved the motion, and have agreed to the following modifications of the defendant's conditions of supervised release:

The defendant will report on or before October 1, 2012, to a residential reentry center as directed by the United States Probation Office. He shall reside in that center for no more than 180 days, or until discharged by the Center Director.

All existing conditions of supervised release shall continue in full force and effect and the defendant shall comply will all conditions and with all directions of the United States Probation Office.

The motion for revocation is, accordingly, **DIMISSED** as moot.

**IT IS SO ORDERED.**

**DATE:  8 August , 2012**

　　　　　　　　　　　　　　　　　　**/s/  WILLIAM D. STIEHL**
　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**